UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON D. WALLACE, <br>     Petitioner, <br>     v. <br> DANIAL CUEVA, Warden, <br>     Respondent. | Case No. 23-cv-05514 NC (PR) <br><br> **ORDER OF TRANSFER** |

Petitioner, a state prisoner at the California Medical Facility in Vacaville, which is in Solano County, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. *See* Dkt. No. 1. Petitioner challenges his state conviction out of Solano County. *Id.* at 1.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Here, Petitioner is both currently confined in and was convicted out of Solano County, which lies within the venue of the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 84(b). Therefore, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all

pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: November 9, 2023

NATHANAEL M. COUSINS
United States Magistrate Judge

Order of Transfer
PRO-SE\NC\HC 2023\Wallace5514.trans_ED