IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLINTON D. WALLACE,**<br><br>Petitioner,<br><br>v.<br><br>**DANIEL CUEVA, Warden,**<br><br>Respondent. | Case No. 2:23-cv-2667 DJC KJN<br><br>**ORDER** |

Good cause being shown, Respondent's request for an extension of time to file a response to the petition for writ of habeas corpus (ECF No. 14) is **GRANTED**. Respondent shall file and serve an answer or motion to dismiss on or before **April 5, 2024**. Petitioner shall file and serve a reply to the answer or opposition to the motion to dismiss within thirty days after service of an answer or motion, and respondent's reply shall be filed and served within fourteen days after service of an opposition.

Dated:  February 6, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Wall2667.eot

1

[Proposed] Order (2:23-cv-2667 DJC KJN)